UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHELLE G. WATTS | CIVIL ACTION |
| VERSUS | NO. 21-2044 |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | SECTION "R" (3) |

# ORDER

Plaintiff Michelle G. Watts filed an action pursuant to 42 U.S.C. § 405(g) for review of the final decision of the Commissioner of Social Security denying her claims for supplemental social security income payments under Title XVI of the Social Security Act.[1] Plaintiff then moved for summary judgment,[2] and the Commissioner cross-moved.[3] Magistrate Judge Dana M. Douglas issued a Report & Recommendation in which she assessed the pending motions and recommended that this Court deny plaintiff's motion for summary judgment, grant the Commissioner's cross-motion, and dismiss plaintiff's case with prejudice.[4] Plaintiff did not object to the R&R. Therefore, this Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded*

---

[1] R. Doc. 1.
[2] R. Doc. 10.
[3] R. Doc. 14.
[4] R. Doc. 15.

*by statute on other grounds*, 28 U.S.C. § 636(b)(1)*; see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error. Therefore, the Court adopts Magistrate Judge Douglas's R&R as its opinion.

Accordingly, the Court orders plaintiff's complaint DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __3rd__ day of January, 2023.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE